IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY THOMPSON | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. WMN-00-1462 |
| BEL-GARDEN BI-RITE SUPERMARKET | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

<u>ORDER</u>

On May 26, 2000, this Court ordered plaintiff to complete United States Marshal form 285 in order to assist the Court in obtaining service of process on the named defendant. (See Paper No. 3). Plaintiff has failed to comply with this Order requiring him to submit the completed forms to the Clerk of Court within twenty days for processing.

Accordingly, IT IS this 21st day of June, 2000, ORDERED:

1. That plaintiff's claim against defendant Bel Garden Bi-Rite Supermarket is DISMISSED WITHOUT PREJUDICE;

2. That the Clerk of Court CLOSE this case; and

3. That the Clerk of the Court MAIL a copy of this Order to plaintiff.

William M. Nickerson
United States District Judge